# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY M. STOTTLEMYER, | : | 1:17-cv-724 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| SYNCREON.US INC., | : | |
| Defendant. | : | |

## ORDER

## October 9, 2018

Presently pending before the Court are cross motions for summary judgment. Plaintiff, Amy M. Stottlemyer, seeks summary judgment as to liability only (Doc. 15) while the Defendant, Syncreon.US Inc., seeks complete summary judgment (Doc. 17). In conformity with the Memorandum issued on today's date,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Partial Summary Judgment, (Doc. 15), is **DENIED**.

2. Defendant's Motion for Summary Judgment, (Doc. 17), is **GRANTED**.

4. The Clerk of the Court **SHALL CLOSE** the file on this case

                                                                                    s/ John E. Jones III
                                                                                    John E. Jones III
                                                                                    United States District Judge