# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3386

Amy Stottlemyer v. Syncreon.US Inc.

(Originating Court No. 1-17-cv-00724)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit,
Clerk

Dated: February 5, 2019

cc:
Jennifer A. KlineEsq.
Douglas G. SmithEsq.

**A True Copy**:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate